UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

Zoraida Aldahondo

                                Plaintiff(s)       09 CIV. 6543

                  -vs-                        Notice of a Pretrial Conference

The Smithsonian Institution   Defendant(s)

------------------------------------------x

      Counsel are directed to appear in Courtroom 20-C on October 22 2009 at 9:45 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

      This conference will not be adjourned except by order of the Court.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-28-09
```

SO ORDERED.

DATED: NEW YORK, NEW YORK
       July 28, 2009

                                      JOHN F. KEENAN
                                      U.S.D.J.