U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



**MEMO ENDORSED**

86 Chambers Street, 3rd Floor
New York, New York 10007

April 21, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-23-10

RECEIVED
APR 22 2010
JUDGE KEENAN'S CHAMBERS

VIA FACSIMILE
Hon. John F. Keenan
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Aldahondo v. United States of America*, No. 09-CV-6543 (JFK) (KNF)

Dear Judge Keenan:

This Office represents defendant the United States of America in the above-captioned matter, which had been scheduled for a conference on April 28, 2010 at 10:00 a.m., *i.e.*, after the original deadline for the close of discovery. On March 9, 2010, the Court granted the parties' joint request that discovery be extended until August 1, 2010. Accordingly, I write to request, on behalf of both parties and with the consent of plaintiff's counsel, that the April 28 conference be adjourned to a date after August 1, 2010. I understand the plaintiff's counsel has obtained leave from your chambers for submission of our request by facsimile.

I thank the Court for its consideration of this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2717
E-mail: michael.byars@usdoj.gov

cc: Melvin R. Simensky, Esq. (via Federal Express)

The application is granted. The conference is adjourned until August 9, 2010, at 10:15 a.m.

SO ORDERED.
Dated: New York, N.Y.
       April 23 2010

_____
John F. Keenan
U.S.D.J.

TOTAL P.02